**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Port Arthur Steam Energy, L.P. v. Oxbow Calcining LLC

Appellate case number:   01-20-00606-CV

Trial court case number: 2020-18313

Trial court:             270th District Court of Harris County

      Appellant, Port Arthur Steam Energy, L.P., and appellee, Oxbow Calcining LLC, have filed a combined agreed motion for extensions of time in which to file their appellate briefs. Appellant seeks an extension until December 11, 2020, to file its brief. Appellee seeks an extension until January 29, 2021 to file its brief.  The parties' motion is **granted.**

      It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
                           Acting individually


Date:  November 24, 2020